STATE of Missouri,

v.

Dante HARWELL, Respondent.

No. ED101575

Missouri Court of Appeals, Eastern District, Division Two.

Filed: April 7, 2015

Amanda P. Faerber, Missouri Public Defender Office, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

Mary H. Moore, Assistant Attorney General, PO Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

### ORDER

### PER CURIAM

Dante Harwell (Defendant) appeals the trial court's judgment entered after a jury trial convicting him of unlawful possession of a firearm. Defendant claims the trial court erred by overruling his *Batson* challenges to the State's peremptory strikes of potential jurors after voir dire, and by overruling defense counsel's objections to certain testimony at trial. Defendant also challenges the sufficiency of the evidence to support the conviction. We affirm.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion only for the use of the parties

setting forth the reasons for our decision. Rule 30.25(b).